

**Claims Register as of 2/5/2026**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | Thomas Dare | | Address on File | | | | | | 06/30/2023 | $0.00 | | | | Expunged |
| 58 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $51,000.00 | | $51,000.00 | | |
| 59 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $9,594.80 | | $9,594.80 | | |
| 60 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $7,750.00 | | $7,750.00 | | |
| 91 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $18,250.00 | | $18,250.00 | | |
| 104 | Andreas Rothe | | Address on File | | | | | | 07/06/2023 | $0.00 | | | | Expunged |
| 153 | Pamela Marshall | | Address on File | | | | | | 07/07/2023 | $0.00 | | Expunged | | |
| 373 | Gregory Alan Ricks | | Address on File | | | | | | 07/14/2023 | $0.00 | | | | Expunged |
| 394 | Pamela Marshall | | Address on File | | | | | | 07/15/2023 | $0.00 | | | | Expunged |
| 681 | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | | Philadelphia | PA | 19109 | 07/24/2023 | $10,753.00 | | | | $10,753.00 |
| 801 | Pamela Marshall | | Address on File | | | | | | 07/27/2023 | $0.00 | | Expunged | | |
| 955 | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | | Philadelphia | PA | 19109 | 08/01/2023 | $10,753.00 | | | | $10,753.00 |
| 1046 | Andrew Wittwer | | Address on File | | | | | | 08/12/2023 | $0.00 | | Expunged | | |
| 1054 | MFA Financial, Inc. | Attn: J.R. Smith and Jennifer E. Wuebker | Riverfront Plaza, East Tower | 951 E Byrd Street | | Richmond | VA | 23219 | 08/09/2023 | $0.00 | | | | See Exhibit A |
| 1057 | Christopher Mark Wittwer | | Address on File | | | | | | 08/12/2023 | $0.00 | | Expunged | | |
| 1063 | Charles Knowlton Rabkin | | Address on File | | | | | | 08/14/2023 | $0.00 | | Expunged | | |
| 1130 | Michael Navarini | | Address on File | | | | | | 08/23/2023 | $0.00 | | Expunged | | Expunged |
| 1248 | PG&E | c/o Bankruptcy | Attn: Lauryn Dawson | PO Box 8329 | | Stockton | CA | 95973 | 08/18/2023 | $52.30 | | | | $52.30 |
| 1269 | Coastal Equity Group, LLC | Attn: Robert A. Baker, Fund Manager | 15 State Street | | | Charleston | SC | 29401 | 09/07/2023 | $141,300.00 | | | | $141,300.00 |
| 1305 | Van Winkle, Buck, Wall, Starnes and Davis P.A. | Attn: Mark A. Pinkston | PO Box 7376 | | | Asheville | NC | 28802 | 09/12/2023 | $3,081.93 | | | | $3,081.93 |
| 1316 | Law Offices of Tae H. Whang | | 185 Bridge Plaza North, Suite 201 | | | Fort Lee | NJ | 07024 | 09/18/2023 | $101,786.49 | | | | $101,786.49 |
| 1325 | Doug G. Holte | | Address on File | | | | | | 09/13/2023 | $0.00 | | | | Expunged |
| 1367 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548 | MC-008 | Austin | TX | 78711 | 09/21/2023 | $0.00 | | | Withdrawn | |
| 1396 | State of New Jersey Division of Taxation State of New Jersey | Attn: Audrey Graham | PO Box 245 | | | Trenton | NJ | 08648 | 09/25/2023 | $0.00 | | | Withdrawn | |
| 1427 | Kulnapa Godfrey | | Address on File | | | | | | 09/27/2023 | $0.00 | | | | Expunged |
| 1468 | David Ritter | | Address on File | | | | | | 09/29/2023 | $0.00 | | Expunged | | Expunged |
| 1473 | James Cheng | | Address on File | | | | | | 10/03/2023 | $0.00 | | | | Expunged |
| 1492 | Burr & Forman LLP | Attn: Ronald B. Cohn | 201 North Franklin Street | Ste 3200 | | Tampa | FL | 33602 | 10/09/2023 | $26,183.82 | | | | $26,183.82 |
| 1493 | Burr & Forman LLP | Attn: Ronald B. Cohn | 201 North Franklin Street | Ste 3200 | | Tampa | FL | 33602 | 10/09/2023 | $26,183.82 | | | | $26,183.82 |
| 1556 | Alameda County Tax Collector | Attn: Hareth Normart | 1221 Oak Street | Rm 131 | | Oakland | Ca | 94612 | 10/27/2023 | $0.00 | | Withdrawn | | |
| 1561 | Residential DPV Mortgage Trust | c/o Blackstone | Attn: Jon Parker | 345 Park Avenue | | New York | NY | 10154 | 10/30/2023 | $59,760.82 | | | | $59,760.82 |
| 1571 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | | Sacramento | CA | 95812-2952 | 10/31/2023 | $800.00 | | | $800.00 | |
| 1676 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | | Sacramento | CA | 95812-2952 | 12/14/2023 | $800.00 | | | $800.00 | |
| 1678 | Chris Wiest, Attorney at Law, PLLC [Chris Wiest, Attorney at Law, LLC] | | 50 E Rivercenter Blvd | Ste 1280 | | Crestview Hills | KY | 41017 | 12/13/2023 | $1,153,259.64 | | ######### | | |
| 2413 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $7,475.00 | | | | $7,475.00 |
| 2435 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $7,449.00 | | | | $7,449.00 |
| 2437 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $30,000.00 | | | | $30,000.00 |
| 2438 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $30,000.00 | | | | $30,000.00 |
| 2539 | East Bay Municipal Utility District | | PO Box 24055 | | | Oakland | CA | 94623-9979 | 02/07/2024 | $443.27 | | | | $443.27 |
| 2669 | Thomas Dare | | Address on File | | | | | | 02/13/2024 | $0.00 | | | | Expunged |
| 2732 | Rosa Funding | | Address on File | | | | | | 02/12/2024 | $372,835.00 | | $372,835.00 | | |
| 2752 | AIAA Home Holdings, LLC | | Address on File | | | | | | 02/12/2024 | $25,910.48 | | | | $25,910.48 |
| 3022 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $11,126.50 | | $11,126.50 | | |
| 3023 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $71,757.00 | | $71,757.00 | | |
| 3024 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $25,633.14 | | $25,633.14 | | |
| 3038 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $11,086.81 | | $11,086.81 | | |
| 3100 | Brothers Smith LLP | Attn: Mark V Isola | 2033 N Main St | Suite 720 | | Walnut Creek | CA | 94596 | 02/21/2024 | $1,637.70 | | | | $1,637.70 |
| 3101 | Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Samuel S. Kohn | 300 Delaware Avenue Suite 1010 | | Wilmington | DE | 19801 | 02/20/2024 | $0.00 | | | | Withdrawn |
| 3134 | Snell & Wilmer LLP | Attn: Eric S Pezold | 600 Anton Blvd | Suite 1400 | | Costa Mesa | CA | 92626 | 02/22/2024 | $19,122.33 | | | | $19,122.33 |
| 3143 | US Construction Law | Attn: Sean P Reynolds | 3433 Corte Altura | | | Carlsbad | CA | 92009 | 02/21/2024 | $3,000,000.00 | | | | $3,000,000.00 |
| 3302 | CrossCountry Mortgage | | Address on File | | | | | | 03/26/2024 | $0.00 | | | Expunged | |



### Claims Register as of 2/5/2026
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2752 | AIAA Home Holdings, LLC | | Address on File | | | | | | 02/12/2024 | $25,910.48 | | | | $25,910.48 |
| 1556 | Alameda County Tax Collector | Attn: Hareth Normart | 1221 Oak Street | Rm 131 | | Oakland | Ca | 94612 | 10/27/2023 | $0.00 | | Withdrawn | | |
| 104 | Andreas Rothe | | Address on File | | | | | | 07/06/2023 | $0.00 | | Expunged | | |
| 1046 | Andrew Wittwer | | Address on File | | | | | | 08/12/2023 | $0.00 | | | | Expunged |
| 3100 | Brothers Smith LLP | Attn: Mark V Isola | 2033 N Main St | Suite 720 | | Walnut Creek | CA | 94596 | 02/21/2024 | $1,637.70 | | | | $1,637.70 |
| 1492 | Burr & Forman LLP | Attn: Ronald B. Cohn | 201 North Franklin Street | Ste 3200 | | Tampa | FL | 33602 | 10/09/2023 | $26,183.82 | | | | $26,183.82 |
| 1493 | Burr & Forman LLP | Attn: Ronald B. Cohn | 201 North Franklin Street | Ste 3200 | | Tampa | FL | 33602 | 10/09/2023 | $26,183.82 | | | | $26,183.82 |
| 2413 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $7,475.00 | | | | $7,475.00 |
| 2435 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $7,449.00 | | | | $7,449.00 |
| 2437 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $30,000.00 | | | | $30,000.00 |
| 2438 | Central Lending LLC | | Address on File | | | | | | 01/30/2024 | $30,000.00 | | | | $30,000.00 |
| 1063 | Charles Knowlton Rabkin | | Address on File | | | | | | 08/14/2023 | $0.00 | | Expunged | | |
| 1678 | Chris Wiest, Attorney at Law, PLLC [Chris Wiest, Attorney at Law, LLC] | | 50 E Rivercenter Blvd | Ste 1280 | | Crestview Hills | KY | 41017 | 12/13/2023 | $1,153,259.64 | | ########## | | |
| 1057 | Christopher Mark Wittwer | | Address on File | | | | | | 08/12/2023 | $0.00 | | Expunged | | |
| 1269 | Coastal Equity Group, LLC | Attn: Robert A. Baker, Fund Manager | 15 State Street | | | Charleston | SC | 29401 | 09/07/2023 | $141,300.00 | | | | $141,300.00 |
| 3302 | CrossCountry Mortgage | | Address on File | | | | | | 03/26/2024 | $0.00 | | Expunged | | |
| 1468 | David Ritter | | Address on File | | | | | | 09/29/2023 | $0.00 | | Expunged | | |
| 1325 | Doug G. Holte | | Address on File | | | | | | 09/13/2023 | $0.00 | | | | Expunged |
| 2539 | East Bay Municipal Utility District | | PO Box 24055 | | | Oakland | CA | 94623-9979 | 02/07/2024 | $443.27 | | | | $443.27 |
| 1571 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | | Sacramento | CA | 95812-2952 | 10/31/2023 | $800.00 | | | $800.00 | |
| 1676 | Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Rebecca Estonilo | PO Box 2952 | | Sacramento | CA | 95812-2952 | 12/14/2023 | $800.00 | | | $800.00 | |
| 373 | Gregory Alan Ricks | | Address on File | | | | | | 07/14/2023 | $0.00 | | | | Expunged |
| 1473 | James Cheng | | Address on File | | | | | | 10/03/2023 | $0.00 | | | | Expunged |
| 1427 | Kulnapa Godfrey | | Address on File | | | | | | 09/27/2023 | $0.00 | | | | Expunged |
| 1316 | Law Offices of Tae H. Whang | | 185 Bridge Plaza North, Suite 201 | | | Fort Lee | NJ | 07024 | 09/18/2023 | $101,786.49 | | | | $101,786.49 |
| 1054 | MFA Financial, Inc. | Attn: J.R. Smith and Jennifer E. Wuebker | Riverfront Plaza, East Tower | 951 E Byrd Street | | Richmond | VA | 23219 | 08/09/2023 | $0.00 | | | | See Exhibit A |
| 1130 | Michael Navarini | | Address on File | | | | | | 08/23/2023 | $0.00 | | Expunged | | Expunged |
| 153 | Pamela Marshall | | Address on File | | | | | | 07/07/2023 | $0.00 | | Expunged | | |
| 394 | Pamela Marshall | | Address on File | | | | | | 07/15/2023 | $0.00 | | Expunged | | |
| 801 | Pamela Marshall | | Address on File | | | | | | 07/27/2023 | $0.00 | | | | Expunged |
| 58 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $51,000.00 | | $51,000.00 | | |
| 59 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $9,594.80 | | $9,594.80 | | |
| 60 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $7,750.00 | | $7,750.00 | | |
| 91 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 07/05/2023 | $18,250.00 | | $18,250.00 | | |
| 3022 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $11,126.50 | | $11,126.50 | | |
| 3023 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $71,757.00 | | $71,757.00 | | |
| 3024 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $25,633.14 | | $25,633.14 | | |
| 3038 | Pantheon Capital Advisors, Inc. | | Address on File | | | | | | 02/20/2024 | $11,086.81 | | $11,086.81 | | |
| 1248 | PG&E | c/o Bankruptcy | Attn: Lauryn Dawson | PO Box 8329 | | Stockton | CA | 95973 | 08/18/2023 | $52.30 | | | | $52.30 |
| 3101 | Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Samuel S. Kohn | 300 Delaware Avenue Suite 1010 | | Wilmington | DE | 19801 | 02/20/2024 | $0.00 | | | | Withdrawn |
| 1561 | Residential DPV Mortgage Trust | c/o Blackstone | Attn: Jon Parker | 345 Park Avenue | | New York | NY | 10154 | 10/30/2023 | $59,760.82 | | | | $59,760.82 |
| 2732 | Rosa Funding | | Address on File | | | | | | 02/12/2024 | $372,835.00 | | $372,835.00 | | |
| 681 | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | | Philadelphia | PA | 19109 | 07/24/2023 | $10,753.00 | | | | $10,753.00 |
| 955 | Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon | 123 South Broad Street | Suite 2100 | | Philadelphia | PA | 19109 | 08/01/2023 | $10,753.00 | | | | $10,753.00 |
| 3134 | Snell & Wilmer LLP | Attn: Eric S Pezold | 600 Anton Blvd | Suite 1400 | | Costa Mesa | CA | 92626 | 02/22/2024 | $19,122.33 | | | | $19,122.33 |
| 1396 | State of New Jersey Division of Taxation State of New Jersey | Attn: Audrey Graham | PO Box 245 | | | Trenton | NJ | 08648 | 09/25/2023 | $0.00 | | | Withdrawn | |
| 1367 | Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | PO Box 12548 | MC-008 | Austin | TX | 78711 | 09/21/2023 | $0.00 | | | Withdrawn | |
| 22 | Thomas Dare | | Address on File | | | | | | 06/30/2023 | $0.00 | | | | Expunged |
| 2669 | Thomas Dare | | Address on File | | | | | | 02/13/2024 | $0.00 | | | | Expunged |
| 3143 | US Construction Law | Attn: Sean P Reynolds | 3433 Corte Altura | | | Carlsbad | CA | 92009 | 02/21/2024 | $3,000,000.00 | | | | $3,000,000.00 |
| 1305 | Van Winkle, Buck, Wall, Starnes and Davis P.A. | Attn: Mark A. Pinkston | PO Box 7376 | | | Asheville | NC | 28802 | 09/12/2023 | $3,081.93 | | | | $3,081.93 |