## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Peer Street, Inc., *et al.*,[1] | Case No. 23-10815 (LSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On October 25, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (A) Authorizing Debtor PS Funding, Inc. to Pay Certain Prepetition claims of Service Providers; (B) Authorizing Banks ot Honor and Process Checks and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief** (Docket No. 535)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are:  Peer Street, Inc. (8584); PS Funding, Inc. (3268); PeerStreet Licensing, Inc. (9435); Peer Street Opportunity Fund GP, LLC (8491); Peer Street Funding LLC (9485); PSF REO LLC (1013); PS Options LLC (8584); PS Warehouse, LLC (5663); PS Warehouse II, LLC (9252); Peer Street Opportunity Investors II, LP (1586); PS Portfolio-ST1, LLC (1868); PSF Ohio, LLC (9485); PSF TX 1, LLC (9485); PSF TX 2, LLC (2415); PSF TX 4 LLC (9485).  The Debtors' service address is c/o Province, LLC 2360 Corporate Circle, Suite 340, Henderson, NV 89074, Attn:  David Dunn, Chief Restructuring Officer.

- **Debtors' Motion for an Order Authorizing and Approving Procedures for the Sale, Transfer, or Abandonment of De Minimis Assets** (Docket No. 540)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: October 26, 2023

_____

Gregory A. Lesage

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of October 2023, by Gregory A. Lesage, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Culture & Trade LLC | | 3916 w De Leon St. | | Tampa | FL | 33609 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Securities and Exchange Commission | | 100 F Street, NE | | Washington | DC | 20549 |
| Securities and Exchange Commission | Attn:  Regional Director | New York Regional Office | 200 Vesey Street, Suite 400 Brookfield Place | New York | NY | 10281-1022 |
| Tim and Lisa Brewster | | Address Redacted | | | | |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

# **Exhibit B**

 STRETTO

**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alejandro A. Malberty | | | Address Redacted |
| Alex Chernovets | | | Address Redacted |
| Alex Tsui | | | Address Redacted |
| Alexander Ganelis | | | Address Redacted |
| Amba Securities LLC; Sanjay R. Patel, and Neela S. Patel | c/o Reger Rizzo & Darnall LLP | Attn: Louis J. Rizzo, Esquire | lrizzo@regerlaw.com |
| Anand Pradhan | | | Address Redacted |
| Antonio M. Malberty | | | Address Redacted |
| Brent D. Lowe | | | Address Redacted |
| Brian Benitz | | | Address Redacted |
| Brian Perry | | | Address Redacted |
| Budget Finance Company | c/o Kogan Law Firm, APC | Attn: Michael S. Kogan | mkogan@koganlawfirm.com |
| Carl Brown | | | Address Redacted |
| Charles County, Maryland | c/o Meyers, Rodbell & Rosenbaum, P.A. | Attn: Nicole C. Kenworthy | bdept@mrrlaw.net |
| Charles S Kayne | | | Address Redacted |
| Clifton Harmon | | | Address Redacted |
| Cobra Ventures, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| Cooper Butler | | | Address Redacted |
| Cypress-Fairbanks ISD, Fort Bend County, and Harris County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Daniel Harris | | | Address Redacted |
| David Aiello | | | Address Redacted |
| David Anthony Pelner | | | Address Redacted |
| David Sadowsky | | | Address Redacted |
| David Schlachet | | | Address Redacted |
| Deborah Shepard | | | Address Redacted |
| Douglas Lyon | | | Address Redacted |
| Edward Thielk | | | Address Redacted |
| Eric Gravatt | c/o Holden, Kidwell, Hahn & Crapo, P.L.L.C. | Attn: Mark V. Cornelison | mcornelison@holdenlegal.com |
| Eric Gravatt | c/o The Law Offices of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Erick J. Kolb | c/o McCarter & English LLP | Attn: Kate Roggio Buck | kbuck@mccarter.com |
| Fort Bend Co WCID #02 | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Gary Seever | | | Address Redacted |
| Gene B. Goldstein | | | Address Redacted |
| George Gabriel and MGM Gabriel & Associates, Inc. | c/o Potter Anderson & Corroon LLP | Attn: Aaron H. Stulman, Esq. & Katelin A. Morales, Esq. | astulman@potteranderson.com kmorales@potteranderson.com |
| George Grabiel and MGM Gabriel & Associates, Inc. | c/o Schorr Law, a Professional Corporation | Attn: Stephanie C. Goldstein, Esq. | sgoldstein@schorr-law.com |
| George Porter | | | Address Redacted |
| George Sicklick | | | Address Redacted |
| Gianfranco Tiberia | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 1 of 5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Greg Regan | | | Address Redacted |
| Gregg Sadowsky | c/o Cal TD Investments, LLC | | caltdinvestments@gmail.com |
| Gregory Porter | | | Address Redacted |
| Harris County Municipal Utility District #501 | c/o Perdue, Brandon, Fielder, Collins & Mott, L.L.P. | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Heidi & Harland Often | | | Address Redacted |
| Heidi Often | | | Address Redacted |
| Hung Lam | | | Address Redacted |
| Invigorate Finance, LLC | c/o Locke Lord LLP | Attn: Aaron C. Smith, Jonathan E. Aberman, & Katherine E. Culbertson | asmith@lockelord.com jon.aberman@lockelord.com katherine.culbertson@lockelord.com |
| Invigorate Finance, LLC | c/o Polsinelli PC | Attn: Christopher A. Ward | cward@polsinelli.com |
| Irina Ganelis | | | Address Redacted |
| Jacquelyn Perrucci | | | Address Redacted |
| Jakow Diener | | | Address Redacted |
| James Fariss | | | Address Redacted |
| James Raymound Pickard | | | Address Redacted |
| Jason Elmore | | | Address Redacted |
| Jason Lerch | | | Address Redacted |
| Jax SFH Properties, LLC | c/o The Law office of James Tobia, LLC | Attn: James Tobia | jtobia@tobialaw.com |
| Jeff Hendricks | | | Address Redacted |
| Jeffrey Canclini | | | Address Redacted |
| Jeffrey Glenn Straus | | | Address Redacted |
| Jeffrey Stillwell | | | Address Redacted |
| Jennifer Rodriguez | | | Address Redacted |
| Jessica Lyman | | | Address Redacted |
| Jing Liang | | | Address Redacted |
| John Bolich | c/o Kasen & Kasen, P.C. | Attn: Jenny R. Kasen, Esq. | jkasen@kasenlaw.com |
| John Gowan | | | Address Redacted |
| John Peta | | | Address Redacted |
| John Sharp | | | Address Redacted |
| John W. Popeo | | | Address Redacted |
| Jonathan Newman | | | Address Redacted |
| Joseph R. Gigantino Jr. & Christine M. Gigantino | | | Address Redacted |
| Judy Hwang | | | Address Redacted |
| Kathryn Justice and Walter James Brown, Jr. | | | Address Redacted |
| Keith Carlisle | | | Address Redacted |
| Kelly Yang | | | Address Redacted |
| Kevin Keegan | | | Address Redacted |
| Lana Peta | | | Address Redacted |
| Luke Scrivanich | | | Address Redacted |
| Lynn A Buettner | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 2 of 5



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Magnetar Financial LLC | c/o Richards, Layton & Finger, P.A. | Attn: Russell C. Silberglied, Brendan J. Schlauch, & Emily R. Mathews | silberglied@rlf.com<br>schlauch@rlf.com<br>mathews@rlf.com |
| Magnetar Financial LLC | c/o Royer Cooper Cohen Braunfeld LLC | Attn: Marc E. Hirschfield & Marc Skapof | mhirschfield@rccblaw.com<br>mskapof@rccblaw.com |
| Marcos Vazquez | | | Address Redacted |
| Marjorie Rheuban | | | Address Redacted |
| Mark Cleugh | | | Address Redacted |
| Mark Haiden | | | Address Redacted |
| Mertensa, LLC [Jeffery Staples] | | | Address Redacted |
| MFA Financial Inc. and related affiliates | c/o Hunton Andrews Kurth LLP | Attn: J.R. Smith & Jennifer E. Wuebker | jrsmith@huntonak.com<br>jwuebker@huntonak.com |
| Michael Navarini | | | Address Redacted |
| Michael Olin | | | Address Redacted |
| Michael Preisach | | | Address Redacted |
| Michael Reilly | | | Address Redacted |
| Murtha Kellrooney | | | Address Redacted |
| Nancy Navarini | | | Address Redacted |
| Nedjip Tozun [Ned Tozun] | | | Address Redacted |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Office of the United States Trustee for the District of Delaware | Attn:  Joseph F. Cudia | | joseph.cudia@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Kevin M. Capuzzi & John C. Gentile | jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Official Committee of Unsecured Creditors | c/o Morrison & Foerster LLP | Attn: Lorenzo Marinuzzi, Benjamin Butterfield, Raff Ferraioli, & Martha E. Martir | lmarinuzzi@mofo.com<br>bbutterfield@mofo.com<br>rferraioli@mofo.com<br>mmartir@mofo.com |
| Olivier Meyjonade | | | Address Redacted |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Landis Rath & Cobb LLP | Attn: Adam G. Landis, Esq., Kimberly A. Brown, Esq. & Howard W. Robertson IV, Esq. | landis@lrclaw.com<br>brown@lrclaw.com<br>robertson@lrclaw.com |
| Pacific RBLF LLC and Pacific Funding Trust 1002 | c/o Winston & Strawn LLP | Attn: David Neier, Esq. & James T. Bentley, Esq. | dneier@winston.com<br>jbentley@winston.com |
| Pam & Jon Newman | | | Address Redacted |
| Pamela Marshall | | | Address Redacted |
| Pantheon Capital Advisors, Inc. | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason Levin, Esq. | bkeilson@morrisjames.com<br>jlevin@morrisjames.com |
| Qiang Fang | | | Address Redacted |
| Quacha LLC | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 3 of 5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney (Delaware LLP) | Attn: Alessandra Glorioso, Esq. | glorioso.alessandra@dorsey.com |
| Rabbi Shlomo Braun, 1567 56th Street LLC, and 1569 56th Street LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S. Kohn, Esq. & Rachel P. Stoian, Esq. | kohn.sam@dorsey.com stoian.rachel@dorsey.com |
| Rachel Joseph | | | Address Redacted |
| Ray C. Weinand | | | Address Redacted |
| Robert Digruccio | | | Address Redacted |
| Robert Harris | | | Address Redacted |
| Robert Mcgee | | | Address Redacted |
| Roy Batchelor | | | Address Redacted |
| Samy Saad | | | Address Redacted |
| Scott Van Dellen | | | Address Redacted |
| Sean Banchik | c/o Morris James LLP | Attn: Brya M. Keilson, Esq. & Jason S. Levin, Esq. | bkeilson@morrisjames.com jlevin@morrisjames.com |
| Sean McGuiness | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| Sean P. Drower | | | Address Redacted |
| Sean Quinn | | | Address Redacted |
| Shari Shaffer | | | Address Redacted |
| Sherman Marital Share One Trust | | | Address Redacted |
| Shivakumar Rajaraman | | | Address Redacted |
| Sirlin Lesser & Benson, P.C. | Attn: Dana S. Plon, Esquire | | dplon@sirlinlaw.com |
| Siva Reddy | | | Address Redacted |
| Small Business Administration | c/o Office of General Counsel | Attn: Robert T. Williamson | robert.williamson@sba.gov |
| Sonny Harianto | | | Address Redacted |
| State of Delaware | Department of Justice | | attorney.general@state.de.us |
| Stephen Zorn | | | Address Redacted |
| Sumeet Bansal | | | Address Redacted |
| Susan Sadowsky | | | Address Redacted |
| Teddy Truong | c/o Jack Shrum, P.A. | Attn: "J" Jackson Shrum | jshrum@jshrumlaw.com |
| Terry Davis | | | Address Redacted |
| The Chartwell Law Offices, LLP | c/o Jack Shrum, P.A. | Attn: J Jackson Shrum Esq. | jshrum@jshrumlaw.com |
| The Marc Franken Living Trust | | | Address Redacted |
| The Shah Mehta Family Trust | | | Address Redacted |
| The Steven Michael Gerstein Living Trust | | | Address Redacted |
| The Tuli Family Trust | | | Address Redacted |
| Thomas B. Walper | | | Address Redacted |
| Thomas Blundell | | | Address Redacted |
| Thomas Cioffe | | | Address Redacted |
| Thomas Werth | | | Address Redacted |
| Tim Regan | | | Address Redacted |
| Timothy Sefton | | | Address Redacted |
| Todd Doersch | | | Address Redacted |
| Tom A. Motto | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 4 of 5



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Tomas Larsson | | | Address Redacted |
| Varun B. Parekh | | | Address Redacted |
| Viktor Simjanoski | | | Address Redacted |
| Vinay Kudithipudi | c/o Lynn Pinker Hurst & Schwegmann | Attn: Jared D. Eisenberg | jeisenberg@lynnllp.com |
| Vinodkumar Singh | | | Address Redacted |
| Welter Realty, LLC | Attn: Theodore J. Welter, Manager | | tw@welterrealty.com |
| William Conrad | | | Address Redacted |
| William R. Ahern | | | Address Redacted |
| Yazholi Kanikkannan | | | Address Redacted |

In re: Peer Street, Inc., et al.
Case No. 23-10815 (LSS)

Page 5 of 5